IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ALPHONSO TARODD TANNER,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4915

Opinion filed January 20, 2015.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Alphonso Tarodd Tanner, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    DISMISSED.  See Baker v. State, 878 So. 2d 1236 (Fla. 2004).

PADOVANO, CLARK, and MARSTILLER, JJ.,, CONCUR.